# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAPHAEL PRIETO, | ) | Case No.: 1:16-cv-00857 LJO JLT |
| Plaintiff, | ) ) | ORDER CLOSING CASE |
| v. | ) ) | (Doc. 4) |
| NATIONSTAR MORTGAGE LLC, | ) ) | |
| Defendant. | ) ) | |

    On September 7, 2016, the parties filed a stipulation to dismiss the action with prejudice. Federal Rules of Civil procedure41(a)(1)(A)(ii) allows that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (Doc. 4) Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal with prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

    Dated: **September 13, 2016**              **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE